UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                   Case No. 21-46248

TRAVIS PAUL JACKSON,                                     Chapter 7

        Debtor.                                          Judge Thomas J. Tucker
_____/

**ORDER DETERMINING THE AMOUNT OF ATTORNEY FEES THE DEBTOR MUST PAY BASED ON THE COURT'S APRIL 20, 2022 CONTEMPT ORDER, AND JUDGMENT AGAINST THE DEBTOR**

       This case came before the Court on April 20, 2022, for a telephonic hearing on the Chapter 7 Trustee's motion entitled "Motion for Contempt of Court" (Docket # 33, the "Motion"). Counsel for the Debtor and counsel for the Chapter 7 Trustee appeared at the hearing. For the reasons stated on the record by the Court during the hearing, the Court entered an Order on April 20, 2022 (Docket # 38, the "April 20 Order"), finding the Debtor in civil contempt, for failure to fully comply, on a timely basis, with the Court's Order entitled "Order to Produce Documents Pursuant to Fed. R. Bankr. P. 2004 and Extending Deadlines for Filing a Complaint Objecting to the Debtor's Discharge Under 11 U.S.C. §727 and a Motion Under 11 U.S.C. §707(b)," filed October 19, 2021 (Docket # 25, the "October 19 Order").

       In the April 20 Order, the Court ordered that "the Debtor must pay the reasonable attorney fees incurred by the Chapter 7 Trustee in filing and prosecuting the Motion. The amount of such reasonable attorney fees will be determined in a future order, and will be determined by the following procedure: . . .." Following the procedure spelled out in the April 20 Order, the Trustee filed her itemization of fees, on April 21, 2022 (Docket # 42, the "Itemization"). The Debtor had until May 11, 2022 to "file any objections or response to the Chapter 7 Trustee's itemization." The Debtor did not file any objections or response.

       The Court has reviewed the Trustee's Itemization, and the Court finds and concludes as follows:

A. The fee amount reflected in and supported by the Itemization, in the amount of $1,332.50, is the amount of the reasonable attorney fees incurred by the Chapter 7 Trustee in filing and prosecuting the Motion. The Court finds the work performed, the number of hours, and the hourly rate reflected in the Itemization all to be reasonable.

B. Based on the April 20 Order, the Court determines that the Debtor should be required to pay the $1,332.50 fee amount, as an appropriate remedy for the Debtor's civil contempt.

       Accordingly,

       IT IS ORDERED that:

1. The Debtor must pay to the Trustee the sum of $1,332.50. The Debtor must pay such amount no later than May 27, 2022.

2. Judgment is entered in favor of the Chapter 7 Trustee, Karen E. Evangelista, and against the Debtor, Travis Paul Jackson, in the amount stated in paragraph 1 above, namely, $1,332.50. If and to the extent the Debtor does not pay this amount to the Trustee on or before May 27, 2022, the Trustee may seek to collect the unpaid amount by any means permitted by law to collect federal court money judgments.

**Signed on May 13, 2022**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**